# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ARTIS X. JOHNSON,

        Petitioner,

v.                                            Case No. 03-CV-71656

SHERRY L. BURT,

        Respondent.
        _____/

**OPINION AND ORDER DECLINING TO ISSUE A CERTIFICATE OF APPEALABLITY AND DENYING MOTION TO PROCEED *IN FORMA PAUPERIS***

Petitioner Artis X. Johnson, a state inmate currently incarcerated at the Carson City Correctional Facility in Carson City, Michigan, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The court issued an Opinion and Order transferring the petition to the Court of Appeals for the Sixth Circuit because it was a successive habeas petition.  Petitioner then filed a "Motion for Habeas Corpus Ad Testificandum to Bring Up a Prisoner to Testify," which the court denied on December 15, 2005.  Petitioner has filed a Notice of Appeal challenging the court's denial of that motion.

In a habeas corpus proceeding, an appeal may not be taken from "the final order in a habeas corpus proceeding" unless a certificate of appealability is issued.  28 U.S.C. § 2253(a).  The Sixth Circuit Court of Appeals has not yet decided whether a certificate of appealability is required before a prisoner may appeal a collateral or interlocutory order.  *Lordi v. Ishee*, 22 Fed. Appx. 585, 586 (6th Cir. 2001).  However, even assuming that a certificate of appealability is required before a petitioner may appeal a collateral

or interlocutory order, Petitioner is not entitled to issuance of a certificate of appealability in this case.  The court of appeals may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, or certain collateral or interlocutory orders as described in 28 U.S.C. § 1292.  The court's "Order Denying Motion for Habeas Corpus Ad Testificandum to Bring Up a Prisoner to Testify" is not a final order, nor is it encompassed within the collateral or interlocutory orders described in § 1292.  Moreover, the court declines to issue a certificate because reasonable jurists would not disagree with the court's conclusion that an evidentiary hearing was not warranted.  *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (holding that district court should not grant a certificate of appealability unless "[t]he petitioner . . . demonstrate[s] that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.").  Accordingly,

IT IS ORDERED that Petitioner is DENIED a certificate of appealability.

IT IS FURTHER ORDERED that Petitioner's "Motion for Leave to Proceed In Forma Pauperis" [Dkt. # 35] is DENIED.  The court finds that the issues raised in Petitioner's appeal are frivolous and that he is not proceeding in good faith.  *See* 28 U.S.C. § 1915(a)(3) (stating that an appeal may not be taken *in forma pauperis* "if the trial court certifies in writing that it is not taken in good faith.").

      S/Robert H. Cleland
     ROBERT H. CLELAND
     UNITED STATES DISTRICT JUDGE

Dated:  February 15, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 15, 2006, by electronic and/or ordinary mail.

      S/Lisa G. Wagner
     Case Manager and Deputy Clerk
     (313) 234-5522